IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION
Civil Action No. **8:07-2704-HFF**

| | |
|---|---|
| State Farm Mutual Automobile Insurance Company as Subrogee for Gwendolyn D. Williens,<br>　　　　Plaintiff(s),<br><br>　　-versus-<br><br>Department of the Army,<br><br>　　　　Defendant(s). | CONSENT ORDER<br>CONSOLIDATING ACTIONS |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION
Civil Action No.: **8:08-2347-HFF**

Gwendolyn D. Williens, individually and as the general guardian for Amber Scarbrough, a minor,

　　　　Plaintiff,

　　v.

Department of the Army,

　　　　Defendant.

NOW UPON MOTION by and with the consent of the parties,

IT IS ORDERED, ADJUDGED AND DECREED that the above captioned civil actions shall be consolidated as provided for by Fed. R. Civ. P. 42(a)(2).

IT IS FURTHER ORDERED that the parties shall proceed according to the deadlines to

be set forth in the Scheduling Order to be issued in Civil Action Number 8:08-2347-HFF.

    IT IS SO ORDERED.

                                                        s/Henry F. Floyd  
                                                        Henry F. Floyd  
                                                        United States District Judge

Dated: July 29, 2008  
Spartanburg, South Carolina